# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR 29 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>ANGEL GUILLERMO ROMERO-GARCIA,<br><br>             Defendant. | CASE NO. 10cr1032-BTM<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) of: <u>21 USC 846 and 841 (a)(1) - Conspiracy to Possess Cocain with Intent to Distribute</u>

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/29/10

                                         /s/ WMcCurine
                                        WILLIAM McCURINE, JR.
                                        UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____